**The below described is SIGNED.**

(ts)

**Dated: September 07, 2011**

*William T. Thurman*
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re:<br><br>DAVID F. WAGSTAFF<br>MARLA WAGSTAFF<br><br>Debtors. | Case No. 11-21112<br>Chapter 13<br>Judge William T. Thurman<br>(Confirmation Hearing: *08/22/11 at 9:30 AM*) |
|---|---|

## ORDER CONTINUING CONFIRMATION HEARING
## FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on *08/22/11 at 9:30 AM*. Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1. The confirmation hearing, originally scheduled for August 22, 2011, shall be rescheduled.

2. The § 341 Meeting of Creditors, originally scheduled for July 15, 2011, shall be rescheduled. The case will be dismissed without further notice or hearing if the Debtors fail to appear at the rescheduled § 341 Meeting of Creditors.

## END OF DOCUMENT

Filed: August 26th, 2011

Entered On Docket: 09/07/2011

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 26th day of August 2011. Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order. If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

DAVID F. WAGSTAFF
MARLA WAGSTAFF
7072 TOWN CREST DRIVE
COTTONWOOD HEIGHTS, UT 84121

_____/s/_____
Office Chapter 13 Trustee

## COURT SERVICE LIST

KEVIN R. ANDERSON
STANDING CHAPTER 13 TRUSTEE
ECF NOTIFICATION

DAVID F. WAGSTAFF
MARLA WAGSTAFF
7072 TOWN CREST DRIVE
COTTONWOOD HEIGHTS, UT 84121

United States Bankruptcy Court
District of Utah

In re:                                                                          Case No. 11-21112-WTT
David F. Wagstaff                                                               Chapter 13
Marla Wagstaff
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: blh              Page 1 of 1              Date Rcvd: Sep 07, 2011
                              Form ID: pdfor1        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2011.
db/jdb        +David F. Wagstaff, Sr.,   Marla Wagstaff,   7072 Town Crest Drive,
               Cottonwood Heights, UT 84121-3856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                    **Signature:**  _Joseph Speetjens_