

THE CHURCH OF
# JESUS CHRIST
OF LATTER-DAY SAINTS

11-21112    KRA
WAGSTAFF, DAVID F. & MARL.

50 East North Temple Street
Salt Lake City, Utah 84150
EIN: 23-7300405

**Annual Charitable Cash Contributions**
**Donor(s): Wagstaff, David Fagg**
**Cottonwood Heights 1st Ward (2445)**                                                                                  Page 1 of 1

This statement contains a record of voluntary contributions to The Church of Jesus Christ of Latter-day Saints made by the above named donor(s) during the year 2010. The Church provided no goods or services in consideration, in whole or in part, for the contributions detailed below; but only intangible religious benefits.

| Date | Total |
|---|---|
| 28 Feb 2010 | $60.00 |
| 23 May 2010 | $65.00 |
| 30 May 2010 | $75.00 |
| 13 Jun 2010 | $100.00 |
| 18 Jul 2010 | $200.00 |
| 5 Sep 2010 | $125.00 |
| 12 Sep 2010 | $150.00 |
| 31 Oct 2010 | $125.00 |
| 28 Nov 2010 | $200.00 |
| 12 Dec 2010 | $100.00 |
| **Total:** | **$1,200.00** |

_____
Signature of Bishop/Branch President

*For Church Use Only*                                                                                                    24 Jan 2011