**Form 173**[Notice of Filing of Evidence of Transfer]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

    David F. Wagstaff and Marla Wagstaff
        Debtor(s).

Case No. 11−21112 WTT
Chapter 13

NOTICE OF FILING OF EVIDENCE OF TRANSFER

The Court has received information stating the claim that you filed has been transferred as follows:

    Clerk's Notice of Filing Evidence of Transfer Re: Transferor:FIA Card Services, NA as Successor in interest to Bank of America NA Amount: $8517.79 (sjl)

Pursuant to Fed. R. Bankr. P.3001 (e)(2), you have 21 days to file an objection to this transfer.

Dated: October 14, 2011

                                                  David A. Sime
                                                  Clerk of Court

United States Bankruptcy Court
District of Utah

In re:  
David F. Wagstaff  
Marla Wagstaff  
    Debtors

Case No. 11-21112-WTT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2    User: sjl    Page 1 of 1    Date Rcvd: Oct 14, 2011  
    Form ID: f173    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2011.  
7524967    +FIA Card Services, NA as successor in in,  Bank of America NA and MBNA America Bank, 1000 Samoset Drive,  DE5-023-03-03,  Newark, DE 19713-6000  
7957081    +Oak Harbor Capital II L.L.C.,  c/o Weinstein & Riley, P.S.,  2001 Western Ave., Ste. 400, Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**    **Signature:** _Joseph Speetjens_